55 A.3d 1053

Nathan RILEY, Petitioner

v.

COURT OF COMMON PLEAS COUNTY of Philadelphia Attorney General Office, Commonwealth of Pennsylvania, Respondents.

No. 156 EM 2012.

Supreme Court of Pennsylvania.

Nov. 8, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of November, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**